**United States District Court**
For the Northern District of California

1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    NICOLE MILLS,                                    No. C 06-5930   SI

9              Plaintiff,                             **ORDER REFERRING CASE FOR**
                                                      **REVIEW PURSUANT TO CIVIL LOCAL**
10       v.                                           **RULE 3-12(c)**

11   BRITISH AIRWAYS PLC, et al.,

12             Defendants.
     _____/

13

14          Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to Pahlavan

15   v. British Airways PLC, No. C 06-3905 CRB, for determination whether the cases are related.  The

16   Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the

17   parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local

18   Rule 3-12(d).

19

20          **IT IS SO ORDERED.**

21

22   Dated: September 27, 2006

23                                                    SUSAN ILLSTON
                                                      United States District Judge

24

25

26

27

28

Dockets.Justia.com