**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   NICOLE MILLS,                                    No. C 06-5930   SI

9              Plaintiff,                            **ORDER REFERRING CASE FOR**
                                                     **REVIEW PURSUANT TO CIVIL LOCAL**
10     v.                                            **RULE 3-12(c)**

11   BRITISH AIRWAYS PLC, et al.,

12             Defendants.
                                          /
13

14          Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to Pahlavan

15   v. British Airways PLC, No. C 06-3905 CRB, for determination whether the cases are related.  The

16   Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the

17   parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local

18   Rule 3-12(d).

19

20          **IT IS SO ORDERED.**

21

22   Dated: September 27, 2006

23                                                   SUSAN ILLSTON
                                                     United States District Judge
24

25

26

27

28