MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
SHIRISH GUPTA (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-4557
wjohnson@mayerbrownrowe.com
sgupta@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendant
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MILLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS, PLC, AMR CORP., AMERICAN AIRLINES, INC., UAL CORP., UNITED AIR LINES, INC., VIRGIN ATLANTIC AIRWAYS LTD., and JOHN DOES 1-100,<br><br>Defendants. | CASE NO. CV 06-05930-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Nicole Mills and Defendants British Airways Plc, AMR Corp., American Airlines, Inc., UAL Corp., United Air Lines, Inc., and Virgin Atlantic Airways Ltd. respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise respond to

-1-

this matter until the later of (1) the date when Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on Defendants.  Plaintiff Nicole Mills has consented to the requested extension.  In support of this stipulation, the parties state:

1. The Complaint in this matter was filed on September 25, 2006.  It seeks relief under the Sherman Act and the Clayton Act against six named defendants on behalf of a putative class.

2. Nearly 95 similar actions have been filed in various jurisdictions around the country.

3. There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue.  The JPML considered the motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793, at its September 28, 2006 hearing.

4. The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue.  The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

THEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of (1) the date when Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion

pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on Defendants.

Respectfully submitted,

Dated:  October 13, 2006          FURTH LEHMANN & GRANT, LLP

/s/
Michael P. Lehmann (SBN 77152)
Jon T. King (SBN 205073)
FURTH LEHMANN & GRANT, LLP
225 Bush Street, 15th Floor
San Francisco, CA  94104-4249
T:  (415) 433-2070
F:  (415) 982-2076

*Attorneys for Plaintiff Nicole Mills*

Dated:  October 13, 2006          MAYER, BROWN, ROWE & MAW LLP

/s/
Edward D. Johnson (SBN 189475)
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite. 300
3000 El Camino Real
Palo Alto, CA  94306
T:  (650) 331-2000
F:  (650) 331-4537

Richard J. Favretto
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, NW
Washington, DC  20006

*Attorneys for Defendant United Air Lines, Inc. and UAL Corp., Inc.*

-3-

| | | |
|---|---|---|
| 1 | Dated:  October 13, 2006 | SULLIVAN & CROMWELL LLP |
| 2 | | |
| 3 | | /s/ |
| 4 | | Brendan P. Cullen (SBN 194057)<br>SULLIVAN & CROMWELL LLP |
| 5 | | 1870 Embarcadero Road |
| 6 | | Palo Alto, CA  94303<br>T:  (650) 461-5600 |
| 7 | | F:  (650) 461-5700 |
| 8 | | |
| 9 | | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP |
| 10 | | 1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 |
| 11 | | T:  (202) 956-7500 |
| 12 | | F:  (202) 293-6330 |
| 13 | | *Attorneys for Defendant British Airways Plc* |
| 14 | Dated:  October 13, 2006 | SIMPSON THACHER & BARTLETT LLP |
| 15 | | |
| 16 | | /s/ |
| 17 | | Harrison J. Frahn (SBN 206822)<br>SIMPSON THACHER & BARTLETT LLP |
| 18 | | 2550 Hanover Street |
| 19 | | Palo Alto, California 94304<br>T:  (650) 251-5000 |
| 20 | | F:  (650) 251-5002 |
| 21 | | |
| 22 | | Charles E. Koob (SBN 047349)<br>SIMPSON THACHER & BARTLETT LLP |
| 23 | | 425 Lexington Avenue |
| 24 | | New York, NY 10017<br>T:  (212) 455-2000 |
| 25 | | F:  (212) 455-2502 |
| 26 | | |
| 27 | | *Attorneys for Defendant Virgin Atlantic Airways Limited* |
| 28 | | |

-4-

Dated:  October 13, 2006          WEIL, GOTSHAL & MANGES LLP

/s/
———————————————
Gayle E. Rosenstein (SBN 237975)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
T:  (650) 802-3000
F:  (650) 802-3100

*Attorneys for Defendants AMR Corp., and American Airlines, Inc.*

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

PURSUANT TO STIPULATION,
IT IS SO ORDERED:

Dated:  October 20, 2006

———————————————
Honorable Charles R. Breyer

*IT IS SO ORDERED*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-5-

# **PROOF OF SERVICE**

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112.

On October 13, 2006, I served the foregoing document(s) described as

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

on each interested party, as follows:

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed facsimile & U.S. Mail envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a facsimile & U.S. Mail agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Michael P. Lehmann<br>Jon T. King<br>THE FURTH FIRM, LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 | Brendan P. Cullen<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303 |
| Charles E. Koob<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, California 94304 | Daryl A. Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |

1  Gayle E. Rosenstein
2  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
3  201 Redwood Shores Parkway
4  Redwood Shores, California 94065

5      I declare under penalty of perjury under the laws of the United States of
6  America that the above is true and correct.

7      Executed on October 13, 2006, at Palo Alto, California.

8          /s/
           Jessica F. Davis